UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-MJ-00053-SMM

FILED BY __MB__ D.C.

May 14, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

UNITED STATES OF AMERICA

v.

CARLOS ELIAS RUIZ-LOBATO

Defendant.
_____/

### CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   No

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: _____
MICHAEL D. PORTER
Assistant United States Attorney
Florida Bar No. 0031149
101 S. U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: (772) 293-0950
Email: michael.porter2@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

AUSA Michael D. Porter

## UNITED STATES DISTRICT COURT
### for the
#### Southern District of Florida

FILED BY ___MB___ D.C.

**May 14, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

United States of America
v.
**CARLOS ELIAS RUIZ-LOBATO,**

Case No. 25-MJ-00053-SMM

*Defendant(s)*

### CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 26, 2025__ in the county of __Martin__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Previously Removed Alien Found in the United States. |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

*Complainant's signature*

Angelo Zaravelis, Deportation Officer, ICE/ERO
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date: May 14, 2025

*Judge's signature*

City and state: Fort Pierce, Florida

Shaniek Mills Maynard, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Angelo Zaravelis, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), and have been employed in a similar capacity since 2007. I am currently assigned to Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Carlos Elias RUIZ-LOBATO ("RUIZ-LOBATO") committed the offense of being a previously removed alien found in the United States, in violation of Title 8, United States Code, Section 1326(a).

3. On April 25, 2025, RUIZ-LOBATO was arrested in Martin County, Florida for driving without a license and failure to appear on a prior traffic offense. As part of the booking process, RUIZ-LOBATO was fingerprinted by the Martin County Jail booking officials. On April 26, 2025, the fingerprints recorded at the jail were matched in a federal database maintained by the Department of Homeland Security, alerting ICE officials to RUIZ-LOBATO's presence in the United States.

4. I reviewed documents from the immigration alien file belonging to RUIZ-LOBATO, AXXX XXX 444. A review of Department of Homeland Security electronic records and the immigration alien file assigned to RUIZ-LOBATO show that he is a native and citizen of

Mexico. Records in the alien file show that on or about January 13, 1998, RUIZ-LOBATO was ordered removed from the United States. Records in the alien file further show that on or about January 13, 1998, RUIZ-LOBATO was removed from the United States to Mexico.

5. Thereafter, RUIZ-LOBATO illegally and voluntarily reentered the United States. On or about July 21, 2010, RUIZ-LOBATO was again removed from the United States to Mexico.

6. Thereafter, RUIZ-LOBATO illegally and voluntarily reentered the United States. On or about September 16, 2014, RUIZ-LOBATO was again removed from the United States to Mexico.

7. Thereafter, RUIZ-LOBATO illegally and voluntarily reentered the United States. On or about September 20, 2014, RUIZ-LOBATO was again removed from the United States to Mexico.

8. RUIZ-LOBATO's fingerprints recorded at the Martin County Jail on April 25, 2025 were scanned into the IDENT system, a biometric database maintained by the Department of Homeland Security. Results confirmed that the fingerprints belong to the individual who was previously removed from the United States, that is, Carlos Elias RUIZ-LOBATO.

9. A record check was performed in the Computer Linked Application Informational Management System ("CLAIMS") to determine if RUIZ-LOBATO had filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that RUIZ-LOBATO obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

10. On April 30, 2025, I interviewed RUIZ-LOBATO. Post-*Miranda*, RUIZ-LOBATO stated that he is a citizen of Mexico, that he was previously removed from the United

States, that he reentered the United States without being inspected, and that he did not request permission to reenter the United States.

11. Based on the foregoing, your affiant avers that there exists probable cause to believe that, on or about April 26, 2025, Carlos Elias RUIZ-LOBATO, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

Angelo Zaravelis
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me, by videoconference, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure, in Fort Pierce, Florida, this __14th__ day of May, 2025.

SHANIEK MILLS MAYNARD
UNITED STATES MAGISTRATE JUDGE